# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | |
|---|---|
| PAUL AMMONS | CIVIL ACTION NO. CV590-253 |
| JOHN LEON GRAY, SR. | CV590-254 |
| DEVON KIMBRELL | CV590-255 |
| KENNETH WILLIAMS | CV590-256 |
| RONNIE HILTON | CV590-260 |
| ARCHIE CREWS | CV590-268 |
| | |
| BOBBY RAY ALLEN | CV590-269 |
| DAVID STEVERSON | CV590-272 |
| GEORGE HOWELL | CV590-273 |
| JAMES GRIFFIN, SR. | CV590-274 |
| IDAS RAY SMITH | CV590-276 |
| | |
| HAROLD L. BAXLEY | CV590-277 |
| VERNON CHARLES SMITH | CV590-278 |
| THOMAS K. HARRIS | CV590-280 |
| JACK RANDALL TARPLEY | CV590-281 |
| GLORIA B. BUTLER | CV591-005 |
| ROBERT L. ROLLINS, | CV591-076 |
| Plaintiffs, | |
| v. | |
| CSX TRANSPORTATION, INC., | |
| Defendant. | |

## ORDER

Defendant has filed a Motion for Rule 35 Examination of Plaintiffs, requesting an order that plaintiffs submit to an independent psychiatric examination. Plaintiffs have filed a response. After review, Defendant's Motion for Rule 35 Examination is **GRANTED**. The expense of said examinations shall be the responsibility of Defendant. Plaintiffs' psychiatric examinations shall be at the office of Dr. Miguel J. Martelli, 7 St. Andrews

AO 72A
(Rev. 8/82)

Court, Brunswick, Georgia, at the following dates and times:

| | |
|---|---|
| Paul Ammons | To be re-scheduled |
| John Leon Gray, Sr. | To be re-scheduled |
| Devon Kimbrell | May 5, 2005 at 11:00 a.m. |
| Kenneth Williams | May 17, 2005 at 2:00 p.m. |
| Ronnie Hilton | May 17, 2005 at 11:00 a.m. |
| Archie Crews | May 19, 2005 at 11:00 a.m. |
| Bobby Ray Allen | May 24, 2005 at 2:00 p.m. |
| David Steverson | May 24, 2005 at 11:00 a.m. |
| George Howell | May 19, 2005 at 2:00 p.m. |
| James Griffin, Sr. | May 20, 2005 at 11:00 a.m. |
| Idas Ray Smith | May 20, 2005 at 2:00 p.m. |
| Harold L. Baxley | June 9, 2005 at 1:30 p.m. |
| Vernon Charles Smith | June 14, 2005 at 10:30 a.m. |
| Thomas K. Harris | June 14, 2005 at 1:00 p.m. |
| Jack Randall Tarpley | June 16, 2005 at 10:00 a.m. |
| Gloria B. Butler | June 16, 2005 at 1:30 p.m. |
| Robert L. Rollins, Jr. | June 21, 2005 at 12:00 p.m. |

**SO ORDERED**, this 3rd day of May, 2005.

/s/ James E. Graham
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)