In the United States District Court
for the Southern District of Georgia
Brunswick Division

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 MAY 27 A 10: 49
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| JOHN LEON GRAY, SR., | CIVIL ACTION |
| KENNETH WILLIAMS, | NO. CV590-254 |
| LYMAN M. GUY, JR., and | NO. CV590-256 |
| TROY ALLEN HICKOX, | NO. CV590-270 |
| | NO. CV590-275 |
| Plaintiffs, | |
| v. | |
| CSX TRANSPORTATION, INC., | |
| Defendant. | |

## O R D E R

Upon consideration of the Motion of Defendant, CSX Transportation, Inc., for reconsideration as to partial summary judgment and motion in limine regarding clothing exposure, and Plaintiff's response thereto, the same is hereby **GRANTED**.

**SO ORDERED**, this 26th day of May, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)